**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 08-5417-VAP (OPx)                               Date: May 27, 2010

Title:   IJL DOMINICANA S.A., et al. -v- IT'S JUST LUNCH INTERNATIONAL, LLC, et al.
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

      Marva Dillard                                      None Present
      Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR                        ATTORNEYS PRESENT FOR
PLAINTIFFS:                                  DEFENDANTS:

      None                                          None

PROCEEDINGS:      MINUTE ORDER ORDERING PLAINTIFFS TO SHOW CAUSE (IN CHAMBERS)

   On February 6, 2009, the Court granted in part Defendant It's Just Lunch International LLC's ("Defendant") motion to compel arbitration, and referred the case to arbitration.  On February 10, 2010, the Court ordered the parties to submit a joint report concerning the status of the arbitration.  In the report, the parties indicate that they have not yet commenced arbitration proceedings pending settlement discussions.  The Court hereby orders Plaintiffs to show cause, in writing, no later than June 4, 2010, why this action should not be dismissed for failure to prosecute.

   **IT IS SO ORDERED.**